JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | NO. CV 22-5481 FMO (ADSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TIPSY BONG LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 30th day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge